**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John M. Berkhoff,<br><br>    Plaintiff<br><br>v.<br><br>ABM Service Corporation, a Delaware Corporation; Horace Mann Educators Corporation, an Illinois corporation; Horace Mann Investors, Inc., a Maryland corporation; Doe and Roe Defendants,<br><br>    Defendants | 2:15-cv-1552-JAD-CWH<br><br>**Order Transferring Venue to the United States District Court for the Central District of Illinois based on Forum-Selection Clause**<br><br>**[ECF 9]** |

    John Berkhoff sold Horace Mann products under an independent-contractor agreement with the company. In response to Berkhoff's suit alleging that Horace Mann breached that agreement and acted tortiously against Berhoff, the company seeks to enforce the forum-selection clause in that agreement—which designates the federal or state court in Springfield, Illinois, as the only venues for any contract-related litigation—and moves to transfer venue to the federal court in Springfield, Illinois.[1]

    I held oral argument on the motion to transfer venue on November 20, 2015, and placed my findings and conclusions on the record. For the reasons stated on the record, I find the forum-selection clause clear and mandatory and that the § 1404 analysis, as modified by the United States Supreme Court in *Atlantic Marine Construction Company, Inc. v. District Court*,[2] compels the transfer of this case. Berkhoff has not offered any persuasive reason—let alone the strong showing required under *Atlantic Marine*—to disregard the forum-selection clause that he expressly and contractually agreed to.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT defendant's motion **[ECF 9] is GRANTED**; the Clerk of Court is instructed to **transfer this case to the United States**

---

[1] ECF 9.

[2] *Atlantic Marine Construction Company, Inc. v. District Court*, 134 S. Ct. 568 (2013).

**District Court for the Central District of Illinois** and close this case.

Dated this 20th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge